John J. Talton, Chapter 13 Trustee  Check No. 838237
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 10-10381 | 004-0 | HARLE J. POLLOCK, III<br>Original Check written to:<br>GULF CREDIT UNION<br>P O BOX 848<br>GROVES, TX 77619 | 6473 | 7,730.64 | 1,278.25 | 122.00 | 1,400.25 |
| 10-60432 | 003-0 | MANDI D. LUMAN<br>Original Check written to:<br>CITIFINANCIAL<br>7467 RIDGE RD STE 200<br>HANOVER, MD 21076- | 7159 | 2,400.00 | 0.00 | 21.48 | 21.48 |
| 10-60942 | 014-0 | DUANYELL ALOYSIUS BUSH<br>Original Check written to:<br>JPMORGAN CHASE BANK, N.A.<br>3415 VISION DRIVE-ATTN: OH4-7126<br>COLUMBUS, OH 43219- | 9989 | 6,789.91 | 157.47 | 0.00 | 157.47 |